UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> WILLIAM P. BUTCHER, AS SPECIAL REPRESENTATIVE FOR THE ESTATE OF ALBERT CAMPER AND MATTIE CAMPER, CITY OF ROCKFORD, ILLINOIS, GORDON BEEKS, UNKNOWN HEIRS AND LEGATEES OF ALBERT CAMPER, UNKNOWN HEIRS and LEGATEES OF MATTIE CAMPER, UNKNOWN OWNERS and NON-RECORD CLAIMANTS, </br></br> Defendants. | Case No. 3:12-cv-50298 </br></br> Judge: Frederick J. Kapala </br></br> Designated Magistrate: P. Michael Mahoney |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE AND SALE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

    Respectfully submitted,

    ZACHARY T. FARDON

    United States Attorney

    By: *s/Caleb J. Halberg*
        CALEB J. HALBERG
        Attorney for the United States
        223 W. Jackson Blvd., Suite 610
        Chicago, IL 60606
        (312) 263-0003
        chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on April 1, 2014, and on the following non-ECF filers by first class mailing:

William Butcher, Special Representative
for the Estate of Albert Camper and Mattie Camper
2044 Ridge Road
Homewood, IL  60430

City of Rockford
Nora Doyle, Legal Administration Asst.
425 East State Street
Rockford, IL 61104

Gordon Beeks
15419 Dobson Avenue
Dolton, IL  60419

Unknown Heirs and Legatees of Albert Camper
424 Knowlton St.
Rockford, IL  61102

Unknown Heirs and Legatees of Mattie Camper
424 Knowlton St.
Rockford, IL  61102

Unknown Owners and Non-Record Claimants
424 Knowlton St.
Rockford, IL  61102

      *s/Caleb J. Halberg*
CALEB J. HALBERG
chalberg@potestivolaw.com
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003